United States District Court
Southern District of Texas
**ENTERED**
December 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR JAMES CHAPPELL, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-374 |
| | § | |
| R. S. SALINA, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM AND RECOMMENDATION

Petitioner, an inmate at FCI Three Rivers, Three Rivers, Texas, filed this *pro se* petition pursuant to 28 U.S.C. § 2241, Petitioner argues that his due process rights were violated in a disciplinary hearing (D.E. 1) Pending is petitioner's application for leave to proceed *in forma pauperis* (D.E. 5).

Petitioner's *in forma pauperis* data sheet reflects that as of December 12, 2017, petitioner had $23.21 "available" balance in his inmate trust account. His balance sheet reflected also that his ending balance on December 11, 2017, was $202.24, and his six-month deposits totaled $2,736.55. The filing fee for filing a habeas corpus petition is $5.00. Petitioner can afford to pay the fee.

## RECOMMENDATION

It is respectfully recommended that petitioner's application for leave to proceed *in forma pauperis* (D.E. 5) be denied without prejudice and that petitioner be ordered to pay the filing fee within twenty days.

Respectfully submitted this 20th day of December, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).