# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| ARTHUR JAMES CHAPPELL, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:17-CV-00374 |
| § | |
| R. S. SALINA, § | |
| § | |
| Respondent. § | |

## ORDER

Before the Court is the December 20, 2017, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred, Dkt. No. 7, and Petitioner's January 5, 2018, objections to the M&R. Dkt. No. 8.

The Court reviews objected-to portions of the Magistrate Judge's proposed findings and recommendations de novo. 28 U.S.C. § 636(b)(1). Plaintiff's objection is frivolous, conclusory, general, or contains no arguments that the M&R has not already considered. *See* Dkt. Nos. 7, 8; *Battle v. United States Parole Comm'n*, 834 F.2d 419 (5th Cir. 1987) (determining that a district court need not consider frivolous, conclusive, or general objections). After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R in its entirety, Dkt. No. 7, and **OVERRULES** Plaintiff's objection, Dkt. No. 8.

The Court hereby **DENIES** Petitioner's application for leave to proceed *in forma pauperis*. Dkt. No. 5. The Court further **ORDERS** Petitioner to pay the filing fee within twenty (20) days of the issuance of this Order. *See id.* However, Petitioner may refile an application for leave to proceed *in forma pauperis* if he is no longer able to pay the filing fee.

SIGNED this 27th day of June, 2018.

_____
Hilda Tagle
Senior United States District Judge