# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ARTHUR JAMES CHAPPELL, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:17-CV-374 |
| | § | |
| R. S. SALINA, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The Court is in receipt of Defendant R.S. Salina's ("Salina") Response to Application for Writ of Habeas Corpus and Motion for Summary Judgment, Dkt. No. 20; Petitioner's Answer to Government's Response to Application for Writ of Habeas Corpus and Motion for Summary Judgment, Dkt. No. 21; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 22; and Petitioner's Objections to the M&R, Dkt. No. 23.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 22.[1] The Court **GRANTS** Respondent's motion for summary judgment, Dkt. No. 20, and **DISMISSES** the above-captioned case.

Final Judgment will be entered separately.

SIGNED this 29th day of May 2019.

Hilda Tagle
Senior United States District Judge

---

[1] The Court corrects the docket citation after the following sentence on page one of the M&R: "Respondent filed an answer and a motion for summary judgment on October 3, 2018, to which Petitioner responded on October 15, 2018 (D.E. 14, 15)." The correct docket citation is "(D.E. 20, 21)."